IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA M. YODER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MORROW, THOMPKINS, TRUEBLOOD | : | |
| & LEFEVRE, LLC, et al. | : | NO. 15-CV-4590 |

**O R D E R**

AND NOW, this 5th day of October, 2015, IT IS HEREBY ORDERED that:

1. The plaintiff's motion to proceed *in forma pauperis* is GRANTED.

2. The defendant's motion to dismiss (Dkt. # 2) is GRANTED.

3. The complaint is DISMISSED WITH PREJUDICE pursuant to Fed. Rule of Civ. Proc. 12(b)(1).

4. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**